

# Fourth Court of Appeals
## San Antonio, Texas

June 8, 2015

No. 04-14-00378-CR

Roberto **GARCIA, JR.,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 13-04-10924-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Jason Pulliam, Justice

The Appellant's Motion for Extension of Time to File Motion for Rehearing is hereby GRANTED.

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court